UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:00-00016-27 |
| | ) | CHIEF JUDGE HAYNES |
| REGINALD JOHNSON, JR. | ) | |

*[handwritten notation:] Granted upon the government's approval, this motion is GRANTED. [signature] USMJ 9-10-13*

## MOTION TO PERMIT TRAVEL

Reginald Johnson, Jr., through counsel, respectfully moves the Court to allow him to embark on a prepaid cruise with his wife. Mr. Johnson will fly from Nashville on December 15, 2013, to Miami, Florida where he will board the Carnival Breeze. Mr. Johnson will set sail from Miami on December 15, 2013, sailing to Grand Turk, Ocho Rios, Jamaica, and Nassau, The Bahamas. Mr. Johnson will return to Miami on December 21, 2013, and return to Nashville that evening. United States Probation Officer Jon Hahn has no opposition to this request. A copy of Mr. Johnson's cruise itinerary is attached hereto for the Court's review.

WHEREFORE, it is respectfully requested that the Court temporarily modify Mr. Johnson's conditions of supervised release, allowing him to travel to the locations set forth above during the dates indicated.

Respectfully submitted,


/s/ *Ronald C. Small*
**RONALD C. SMALL**
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203-3805
Telephone: (615) 736-5047

Attorney for Reginald Johnson. Jr.